UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:
JAR SUPPLY CO INC.                              Case No. 08-22426
                                                Chapter 7
                                                HON. DANIEL S. OPPERMAN

_____Debtor(s)._____/

# NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| City of Bay City | 9 | $5.98 |
|  | **TOTAL** | **$5.98** |

Dated: February 9, 2011           /s/  **DANIEL C. HIMMELSPACH**
                                  DANIEL C. HIMMELSPACH, Trustee
                                  916 Washington, Ste. 305
                                  Bay City, MI  48708
                                  (989) 892-0400
                                  trusteehimmelspach@gmail.com